# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **CHRISTINE C.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.  **2:19-cv-00266-GZS** |
| | ) |
| **ANDREW M. SAUL, Commissioner** | ) |
| **Of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 19) filed June 7, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is hereby **AFFIRMED**.

                                                                        /s/ George Z. Singal
                                                                        United States District Judge

Dated this 23rd day of June, 2020.